**Theodore W. Hoppe, #138064**
**Brian H. O'Driscoll, #191248**
**HOPPE LAW GROUP**
680 W. Shaw Avenue, Suite 207
Fresno, California 93704
Tad@Hoppe-law.com
Brian@Hoppe-law.com
Telephone (559) 241-7070
Facsimile (559) 241-7212

**Randall S. Thompson (admitted *Pro Hac Vice*)**
**HUSCH BLACKWELL LLP**
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
randall.thompson@huschblackwell.com
Telephone (314) 345-6453
Facsimile (314) 480-1505

**Monica K. Hoppe, #Bar 197576**
**HUSCH BLACKWELL LLP**
1591 Peregrino Way
San Jose, California 95125
Telephone: 408.829.2889
Facsimile: 402.964-5050
monica.hoppe@huschblackwell.com

**ATTORNEYS FOR DEFENDANT**
**FOREST PHARMACEUTICALS, INC.**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| STACEY SLAVEN, | Case No.: 1:10-CV-00419-OWW-SKO |
| Plaintiff, | **MOTION AND ORDER** |
| v. | **FOR LEAVE TO WITHDRAW AS COUNSEL** |
| FOREST PHARMACEUTICALS, INC., | |
| Defendant. | |

Monica K. Hoppe of the law firm of Husch Blackwell LLP hereby moves the Court pursuant to Local Rule 182 for leave to withdraw as attorney of record for Defendant Forest Pharmaceuticals, Inc.

PDF created with pdfFactory trial version www.pdffactory.com

In support of her Motion, Ms. Hoppe states that Theodore W. Hoppe of Hoppe Law Group and Randy Thompson of Husch Blackwell LLP will continue to represent Forest Pharmaceuticals, Inc.

WHEREFORE, Ms. Hoppe respectfully requests that the Court grant her leave to withdraw as attorney of record for Defendant Forest Pharmaceuticals, Inc.

DATED this 2nd day of February, 2011.

Respectfully submitted,

s/ Monica K. Hoppe
**Theodore W. Hoppe, #138064**
**Brian H. O'Driscoll, #191248**
**HOPPE LAW GROUP**
680 W. Shaw Avenue, Suite 207
Fresno, California 93704
Tad@Hoppe-law.com
Brian@Hoppe-law.com
Telephone (559) 241-7070
Facsimile (559) 241-7212

**Randall S. Thompson, (admitted *Pro Hac Vice*)**
**HUSCH BLACKWELL LLP**
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
randall.thompson@huschblackwell.com
Telephone (314) 345-6453
Facsimile (314) 480-1505

**Monica K. Hoppe (CA Bar 197576)**
**Husch Blackwell LLP**
1591 Peregrino Way
San Jose, CA 95125
Telephone: 408.829.2889
Facsimile: 402.964-5050
monica.hoppe@huschblackwell.com
*Attorneys for Defendant Forest Pharmaceuticals, Inc.*

**IT IS SO ORDERED.**

February 10, 2011                         /s/ OLIVER W. WANGER
         Date                              United States District Judge