1  Todd B. Barsotti, No. 148862

2  **BARSOTTI & BAKER, LLP**
3  6592 NORTH FIRST STREET
   FRESNO, CALIFORNIA  93710
   TELEPHONE: (559) 226-2100
4  FACSIMILE:  (559) 226-7636

5  Attorneys for Plaintiff, STACEY SLAVEN

6

7                    UNITED STATES DISTRICT COURT

8           EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9

| STACEY SLAVEN,            | ) Case No.:  1;10-CV-00419-OWW-SKO |
|---------------------------|------------------------------------|
|         Plaintiff,        | )                                  |
|    vs.                    | ) **STIPULATION OF DISMISSAL AND** |
|                           | ) **ORDER**                        |
| FOREST PHARMACEUTICALS, INC., | )                              |
| and DOES 1 through 50     | )                                  |
|         Defendants.       | )                                  |

IT IS HEREBY STIPULATED by and between the parties hereto that this matter may be dismissed, with prejudice and in its entirety pursuant to 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party to bear their own costs and attorney's fees.

It is the intention of the parties to submit this stipulation to the United States District Court, Eastern District, asking for an order of dismissal with prejudice.

This stipulation may be signed in counterparts and a copy deemed as valid as the original.

///

///

///

DATED: August 25, 2011.

                              BARSOTTI & BAKER, LLP

                                    /s/
                       By:_____
                         Todd B. Barsotti
                         Attorneys for Plaintiff,
                         STACEY SLAVEN

Dated: August 25, 2011.

                              HUSCH BLACKWELL, LLP

                                    /s/
                       By:_____
                         Randall S. Thompson

IT IS SO ORDERED:

IT IS SO ORDERED.

   Dated: **September 8, 2011**        **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE